## AFFIDAVIT

Brian D. Coyt, after being duly sworn, deposes and states as follows:

1. I am currently employed by the United States Postal Inspection Service (USPIS) as a Postal Inspector, and have been employed in this capacity since June 2019. I am currently assigned to the Pittsburgh Division-Evansville Domicile and responsible for investigating narcotics trafficking utilizing the United States Postal Service (USPS). From December 2010 to June 2019, I was employed as a Special Agent with the Federal Protective Service, U.S. Department of Homeland Security. From October 2015 to June 2019, I was detailed as a Task Force Officer to the Federal Bureau of Investigation (FBI), Joint Terrorism Task Force. From September 2007 to December 2010, I was employed as a Trooper with the Kentucky State Police (KSP). From April 2003 to October 2006, I served as a Special Agent on active duty with the U.S. Army Criminal Investigation Command (CID) and again as a reserve Special Agent from April 2008 to May 2013 in the U.S. Army Reserves. I have experience conducting numerous investigations, including the following matters: terrorism, violent crimes against persons, crimes against children, crimes against property, fraud, and narcotics.

2. I have received formal instruction from the U.S. Army, the Kentucky State Police, the Federal Law Enforcement Training Center, the U.S. Postal Inspection Service, other U.S. Postal Inspectors, and other law enforcement officers with extensive experience investigating the manufacturing, distribution, and sale of controlled substances. I have received training in the detection, distribution, and transportation of controlled substances as well as the concealing and laundering of proceeds from illicit drug trafficking.

3. During my employment as a law enforcement officer, I have performed the following tasks relevant to this search warrant:

    a. I have participated in investigations involving the unlawful mailing of controlled substances through the United States mails. In particular, I have worked on cases involving the mailing of controlled substances in Express and Priority mail parcels.

    b. I have participated in interviews with witnesses, cooperating individuals, and informants regarding illegal trafficking in drugs and have read official reports of other officers.

    c. I have been a surveillance officer observing and recording movements of persons trafficking in drugs and those suspected of trafficking in drugs.

    d. I have functioned as a case agent in charge of specific investigations involving drug trafficking via the U.S. Mail.

4. Based on my experience and training, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances and/or proceeds from the sale of controlled substances include but are not limited to the following:

    a.   It is a common practice for shippers of controlled substances and/or the proceeds from the sales of the same to use USPS Priority Mail Express and Priority Mail because the drugs or monies arrive faster and on a predictable date. This allows mailers to keep track of the shipment of controlled substances or monies. With

regard to Express Mail parcels, shippers pay for the benefit of being able to confirm the current status or delivery of the parcel by checking the U.S. Postal Service Internet Website and/or calling the local post office.

b.    These packages usually have irregularities involving the addresses. They often contain a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address, or the return address does not match the place from where the parcel was mailed. These packages are often addressed to or from a commercial mail receiving agency (i.e., The UPS Store, etc.). Such addressing practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

c.    When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of these controlled substances are usually returned to the shipper. There are known source states (Arizona, Oregon, Nevada, California, Colorado, Michigan, Texas, Washington and Florida) from where controlled substances are regularly mailed.

d.    In order to conceal the distinctive odor of controlled substances from narcotics trained canines, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. These parcels often contain other parcels or envelopes which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped. Also many times the currency is hidden among the pages of magazines or booklets. More recently, parcels have been found to contain heat/vacuum sealed plastic baggies containing controlled substances.

e.    These packages are regularly addressed from person to person rather than being to or from a business.

f.    The mailer often indicates delivery may be made without the signature of an individual receiving the package. This practice helps conceal and protect the identity of the recipient of the package because no personal contact is necessary for delivery to be made.

g.    Common names such as Jones, Smith or Green, are regularly used on the labels in a further attempt to conceal the true identity of the sender and/or recipient of the packages.

h.    The packages in question are often times mailed in late afternoon so as to shorten the amount of time the package is in the possession of parcel carriers at a single location prior to shipment. Senders of such packages believe that the package is more likely identified by law enforcement officials as containing narcotics the longer it sits at one location prior to shipping.

i.    The packages in question often use third party shipping and or moving boxes as the outer shipping container instead of USPS branded boxes. USPS branded boxes are supplied to shippers free of charge as long as the sender agrees to use the USPS as the courier and uses the grade/level of shipping indicated on the USPS branded box. Senders use these third party shipping/moving boxes so they may prepare the parcel away from the

post office of mailing to hide the contents from the post office and public view. Examples of such third party shipping or moving boxes described herein include, but are not limited to: Duck Brand shipping/moving boxes, The UPS Store boxes, U-Haul moving boxes, The Home Depot moving boxes, Lowes moving boxes, etc.

j.   I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, MDMA, and the proceeds from the sales of these controlled substances.

5. In this warrant application, I seek this Court's authority to search Priority Mail parcel 9505 5138 2307 0111 4194 67 for the following items:

(a) Controlled substances held in violation of 21 U.S.C. 841(a)(1) and 844(a).

(b) Items of personal property which tend to identify the person(s) in possession, control or ownership of the premises that is the subject of this warrant.

(c) Proceeds from the sale of Controlled Substances held in violation of 21 U.S.C. 841(a) (1).

6. This affidavit is submitted for the limited purpose of establishing probable cause for the search warrant sought. The affiant has not set forth each and every fact known concerning this investigation, but only facts sufficient for the present purpose. The information contained in this affidavit is based upon the affiant's personal knowledge and investigation.

## RELEVANT FACTS PERTAINING TO USPS PRIORITY MAIL PARCEL

7. On April 23, 2020, the affiant was conducting a profiling operation of incoming Priority Mail/Priority Mail Express at the Bowling Green, KY General Mail Facility. A Priority Mail parcel was identified and more specifically described as follows:

- Return Address: "Henry Daniels, 8641 Sunny Brae Dr, Sacramento, CA 95825"
- Addressee: "Amanda Smith, 3940 Banyan Ct, Apt B, Bowling Green, KY 42104"
- Postage Affixed: Origin: 95829; Postage: $15.05
- Tracking Number: 9505 5138 2307 0111 4194 67;
- Description: USPS Medium Flat Rate Box, measuring approximately 13 ¾ inches long x 11 ¾ inches wide x 3 ½ inches deep;
- Weight: approximately 1 pounds, 10 ounces.

8. The parcel is currently located in the custody of the U.S. Postal Inspection Service in Bowling Green, KY. A visual and physical examination of the USPS Priority Mail parcel was conducted revealing other characteristics that my training and experience have shown are indicative of parcels containing controlled substances or proceeds from the sale of controlled substances as follows:

- The parcel was shipped from a source state;
- The return name does not associate to the return address based on Consolidated Lead Evaluation and Reporting ("CLEAR"), a data base used by the U.S. Postal Inspection Service to associate addresses and telephone numbers to individuals and business entities;
- The recipient name does not associate to the recipient address based on CLEAR, a data base used by the USPIS

- o The package was mailed later in the afternoon;
- o The package is addressed from person to person;

9. On April 23, 2020, the Priority Mail parcel referred to herein was presented for external examination by Warren County Sheriff's Office detector canine "Kilo" in a blind line- up with several other control parcels known to not contain controlled substances. Canine "Kilo" is routinely used to inspect for the presence of narcotics odors. Canine "Kilo" has been trained to detect the odor of narcotics and is currently certified to do so. He maintains an annual certification in the detection of narcotics odors. Deputy John Thompson, "Kilo's" handler, advised the canine indicated a positive alert on the package for the odor of a controlled substance the canine is trained to recognize.

WHEREFORE, based upon the foregoing, there is probable cause to believe that the items listed above are present in the above-referenced parcel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brian Coyt
U.S. Postal Inspector
AFFIANT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email submission on this the ____ day of April, 2020.

_____
H. BRENT BRENNENSTUHL
U.S. MAGISTRATE JUDGE